BETSEY COOPER, CLAIMANT AGAINST THE ESTATE OF WILLIAM COOPER, DECEASED, RESPONDENT, *v.* MARY TURNER, HEIR OF SAID DECEASED, APPELLANT.

*Contract — promise to pay — when not implied.*

William Cooper was a single man, and his mother, who was a widow, resided with him on a farm after he became of age, and kept house for him. After his death, she presented a claim against his estate containing a number of items, one of which was for services rendered by her as his house-keeper. There was no agreement between them that she should be paid for such services. The surrogate allowed the item. *Held,* that it was improperly allowed; that under such circumstances, the law would not imply an agreement to pay wages.

APPEAL from the decree of a surrogate.

*Wm. C. Johnson,* for the appellant.

*Humphrey & Lockwood,* for the respondent.

Opinion by MULLIN, P. J.

Decree reversed, and proceedings remitted to surrogate with directions to rehear the case, costs to abide event.